

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00454-CV

| | | |
|---|---|---|
| In the Matter of L.F.R. | § | From the 323rd District Court |
| | § | of Tarrant County (323-97317JD-12) |
| | § | |
| | | May 2, 2013 |
| | § | |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's disposition order. It is ordered that the disposition order of the trial court is reversed and the case is remanded to the trial court for a new disposition hearing.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker